1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   2:03-CV-2326 GEB/GGH
                                 )
12                     Plaintiff,)
                                 )   **FINAL JUDGMENT OF FORFEITURE**
13               v.              )
                                 )
14 REAL PROPERTY LOCATED AT 5661 )
   OREGON TRAIL, EL DORADO       )
15 COUNTY, GEORGETOWN,           )
   CALIFORNIA, APN: 061-550-31-  )
16 000, INCLUDING ALL            )
   APPURTENANCES AND IMPROVEMENTS)
17 THERETO,                      )
                                 )
18                     Defendant.)
   _____)
19                               )
   DANNY C. AND MARY HOWARD,     )
20                               )
                       Claimants.)
21 _____)

22

23      Pursuant to the Stipulation for Final Judgment of

24 Forfeiture, the Court finds:

25      1.  This is a civil forfeiture action against certain real

26 property listed in the caption above.  The real property is more

27 particularly described in Exhibit A, attached hereto and

28 incorporated herein by reference.

                                 1

1    2. A Complaint for Forfeiture In Rem was filed on November 6, 2003, seeking the forfeiture of the defendant real property, alleging that said property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(7).

3. On November 20, 2003, the defendant real property was posted with a copy of the complaint and notice of complaint.

4. On December 12, 2003, a Public Notice of Posting of defendant property appeared by publication in The Mountain Democrat, a newspaper of general circulation in the county in which the defendant real property is located (El Dorado County).

5. In addition to the Public Notice of Posting having been completed, actual notice was given by certified mail to the following:

    a. Mary M. Howard
    b. Danny C. Howard
    c. Internal Revenue Service.

6. Mary M. Howard and Danny C. Howard filed verified claims and answers alleging an interest in the defendant real property.

7. Claimant Danny C. Howard died on October 31, 2004.

8. Other than Danny C. and Mary Howard, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this

1  action.

2     2.   That judgment is hereby entered against claimant Mary M.
3  Howard and Danny C. Howard and all other potential claimants who
4  have not filed claims in this action.

5     3.   That the sum of $20,000.00 is substituted as the <u>res</u>
6  herein, and all right, title, and interest in $20,000 is hereby
7  forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6),
8  to be disposed of according to law.

9     4.   That plaintiff United States of America and its
10 servants, agents, and employees and all other public entities,
11 their servants, agents, and employees, are released from any and
12 all liability arising out of or in any way connected with the
13 posting or forfeiture of the defendant real property.  This is a
14 full and final release applying to all unknown and unanticipated
15 injuries, and/or damages arising out of said posting or
16 forfeiture, as well as to those now known or disclosed.  The
17 parties waive the provisions of California Civil Code §1542.

18     5.   Pursuant to the stipulation of the parties, and
19 allegations set forth in the Complaint for Forfeiture *In Rem*
20 filed November 6, 2003, the Court finds that there was reasonable
21 cause for the posting of the defendant property, and a
22 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
23 shall be entered accordingly.

24     6.   That all parties are to bear their own costs and
25 attorneys' fees.

26
Dated:  August 17, 2005         /s/ Garland E. Burrell, Jr.
27                              GARLAND E. BURRELL, JR.
                                United States District Judge
28

CERTIFICATE OF REASONABLE CAUSE

    Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed November 6, 2003, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of defendant property.

Dated: August 17, 2005

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

4